UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael Williams, | Case No. 16-cv-0552 (WMW/SER) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Bart Hollaren, Dana Feddema, Chad Mitsch, Kristin Lang, and Tessa Ion, | |
| Defendants. | |

This matter is before the Court on the January 11, 2017 Amended Report and Recommendation ("R&R") of United States Magistrate Judge Steven E. Rau. (Dkt. 55.) No objections to the R&R have been filed in the time period permitted. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, the Court finds no clear error.

### ORDER

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The January 11, 2017 Report and Recommendation, (Dkt. 55), is **ADOPTED**;

2. Plaintiff Michael Williams' motion to amend, (Dkt. 34), is **DENIED**;

3. The motion to dismiss of Defendants Bart Hollaren, Dana Feddema, and Tessa Ion, (Dkt. 12), is **GRANTED**;

4. Plaintiff Michael Williams' claims against Defendants Chad Mitsch and Kristin Lang are **DISMISSED**; and

5. Williams' complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**.

6. Consequently, the following motions are **DENIED AS MOOT**:

   a. Williams' motion for an order setting aside Minnesota D.O.C. grievance procedures, (Dkt. 25);

   b. Williams' motion to dismiss, (Dkt. 43);

   c. Williams' motion for an extension of time, (Dkt. 49);

   d. Williams' motion to withdraw his motion to dismiss, (Dkt. 50); and

   e. Williams' motion for a change of address, (Dkt. 51).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 7, 2017               s/Wilhelmina M. Wright
                                      Wilhelmina M. Wright
                                      United States District Judge